U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUN 2 2 2026

JENNIFER P. LYONS. CLERK

BY_____
DEPUTY CLERK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _Maine_

Portland Division

Megan Curtis

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Officer D. Chasse, in his individual capacity; Officer Iadarola, in her individual capacity; and The City of Auburn, Maine

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Megan Curtis |
| Address | 50 Fairmount Street Apt. 94 |

| | | |
|---|---|---|
| Lewiston | Me | 04240 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Androscoggin |
| Telephone Number | 2077082999 |
| E-Mail Address | megancurtis119@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Officer D. Chasse |
| Job or Title *(if known)* | Police Officer |
| Address | 60 Court Street |

| | | |
|---|---|---|
| Auburn | ME | 04210 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Androscoggin |
| Telephone Number | (207) 333-6650 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Officer Iadarola |
| Job or Title *(if known)* | Police Officer |
| Address | 60 Court Street |

| | | |
|---|---|---|
| Auburn | ME | 04210 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Androscoggin |
| Telephone Number | (207) 333-6650 |
| E-Mail Address *(if known)* | Unknown |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                          The City Of Auburn, Maine

Job or Title *(if known)*     Municipality

Address                       60 Court Street

                              Auburn                    ME          04210
                              *City*                   *State*     *Zip Code*

County                        Androscoggin

Telephone Number              (207) 333-6600

E-Mail Address *(if known)*   manager@auburnmaine.gov

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

                              *City*                   *State*     *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 42 U.S.C. § 1983; Fourth Amendment to the United States Constitution (Unlawful Extension of a Traffic Stop and Unlawful Detention); Fourteenth Amendment to the United States Constitution.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
In front of 29 Goff Street, Auburn Maine, during roadside traffic stop.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
06/14/2026 at approximately 3:34pm

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
1.) Plaintiff was the driver operating her 2003 Dodge Durango, bearing Maine State License Plate Number 690-KSJ when pulled over in front of 29 Goff Street, Auburn, Maine. 2.) Plaintiff was visibly pregnant at the time of the stop. 3.) Officers D. Chasse and Iadarola stopped Plaintiff but completely abandoned the traffic purpose to harass a cooperative buckled passenger illegally in front of five toddlers. 4.) Plaintiff used her phone to record the interaction for her safety and the safety of her children, unborn child and passenger. 5.) An officer seized a firearm from Plaintiff's passenger, inside Plaintiff's vehicle, and repeatedly tried to cock the weapon with the safety on inside Plaintiffs vehicle with five toddlers present, causing her extreme terror and fear of an accidental discharge while trapped inside the driver's seat. 6.) The officer then gave the ammunition magazine directly to Plaintiff without her or the owner's permission and nearly tossed the unholstered firearm into a baby diaper bag where he did not retrieve the firearm from originally.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a direct result of the defendants' unlawful extension of the traffic stop and the officer's gross negligence with a firearm, I sustained severe emotional distress, extreme terror, and acute pregnancy-related stress. While trapped in the driver's seat, I was forced to witness an officer repeatedly attempt to cock a seized firearm with the safety engaged inside my vehicle. This reckless conduct caused an immediate fear of accidental discharge and loss of life to passengers, myself, and my unborn child. This trauma has resulted in ongoing, severe anxiety, sleep deprivation, and a profound fear of being in community, for which I am actively seeking professional psychological therapy.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff requests compensatory damages against all Defendants, jointly and severally, for severe emotional distress, fear, anxiety, humiliation, and the development of an ongoing phobia regarding law enforcement encounters, in an amount to be determined at trial. Plaintiff further requests punitive damages against Defendants Officer D. Chasse and Officer Iadarola in their individual capacities for their reckless disregard of Plaintiff's constitutional rights and public safety. Lastly, Plaintiff requests an award for all out-of-pocket costs of this action and any other relief this Court deems just and proper

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/17/2026

Signature of Plaintiff

Printed Name of Plaintiff    Megan Curtis

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address